In the Matter of the Petition of GUERINO ROBERTI, Royal Vice Consul of Italy at New York, Appellant, to Compel MARIETTA TRIPODI to Render and Settle Her Account as Administratrix of the Estate of LUCA TRIPODI, Deceased. MARIETTA TRIPODI, as Administratrix, etc., of LUCA TRIPODI, Deceased, Respondent.— Appeal from order of Surrogate's Court of Westchester county, dismissing the petition for a compulsory accounting, dismissed, without costs. The question presented is academic since the accounting sought to be enforced has been had on the voluntary petition of the administratrix after this appeal was instituted and before it was argued. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur. [137 Misc. 738.]

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.— Order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

IDA LEWIS, Respondent, v. SADIE SCHLER and HYMAN SCHLER, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

CHARLES R. McCARTHY, Appellant, v. MARTHA F. BRANSCH and Others, Defendants, and LOUISE M. OGDEN, Respondent. (Appeals Nos. 1 and 2.) — Order of the County Court of Nassau county directing plaintiff to make the complaint more definite and certain reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Answer may be served within ten days from service of a copy of the order herein. In our opinion the complaint complies with rule 245 of the Rules of Civil Practice and is sufficiently definite and certain to enable the respondent to answer. Appeal from order extending respondent's time to move to make the complaint more definite and certain dismissed as unnecessary, without costs. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

MERMAID CINEMA CORPORATION, Appellant, v. GENERAL TALKING PICTURES CORPORATION, Respondent.— Order as resettled, vacating in part an attachment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.